UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANI GUALBERTO ESQUIVEL GONZALEZ, <br><br> Petitioner, <br><br> v. <br><br> ANTONE MONIZ, *et al.*, <br><br> Respondents. | No. 1:25-cv-13093-DJC |

## STATUS REPORT

Respondents respectfully submit the following status report pursuant to the Court's Order (Doc. No. 7):

1.      U.S. Immigration and Customs Enforcement ("ICE") informs undersigned counsel that Petitioner Dani Gualberto Esquivel Gonzalez was granted bond on November 13, 2025, and was released from ICE custody the next day.

Dated: November 17, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on November 17, 2025.

/s/ Julian N. Canzoneri
Julian N. Canzoneri
Assistant U.S. Attorney

2